# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | |
|---|---|
| EXACT SCIENCES CORPORATION; and EXACT SCIENCES LABORATORIES, LLC,<br><br>            Plaintiffs,<br><br>   v.<br><br>HUMANA, INC.,<br><br>            Defendant. | Case No. 3:16-CV-58-JHM<br><br>Judge Joseph H. McKinley, Jr.<br>Magistrate Judge Dave Whalin |

## AGREED ORDER FOR EXTENSION OF TIME

**THIS MATTER** has been brought before the Court by Plaintiffs Exact Sciences Corporation and Exact Sciences Laboratories, and Defendant Humana, Inc., by and through their attorneys, K&L Gates LLP and Squire Patton Boggs (US) LLP.  Upon the agreement of all parties, the Court hereby GRANTS Plaintiffs a 45-day extension of time to file and serve their response to Humana's Motion to Dismiss and/or to file an Amended Complaint.  Pursuant to Local Rule 7.1(b), the deadline for any such filings is extended up and to and including June 6, 2016.

DATE: _____

                                                                        _____
                                                                        Hon Dave Whalin, Magistrate Judge
                                                                        United States District Court Judge

READ AND AGREED:


*/s/ Pierre H. Bergeron*
Pierre H. Bergeron
F. Maximilian Czernin
SQUIRE PATTON BOGGS (US) LLP
221 East Fourth Street, Suite 2900
Cincinnati, Ohio  45202
Telephone:  (513) 361-1200
Facsimile:   (513) 361-1201
Email:  pierre.bergeron@squirepb.com

*Counsel for Humana Inc.*



*/s/ Stanton L. Cave (w/ consent)*
Stanton L. Cave
Law Offices of Stan Cave
P.O. Box 910457
Lexington, KY  40591-0457
Telephone:  (859) 309-3000
Facsimile:   (859) 309-3001
Email:  stan.cave@stancavelaw.com

*Counsel for Plaintiffs*

*Of Counsel:*
Anthony P. La Rocco (*pro hac vice* pending)
George P. Barbatsuly (*pro hac vice* pending)
Robert F. Pawlowski (*pro hac vice* pending)
K&L GATES LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001