**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| **EXACT SCIENCES CORPORATION,** *et al.*, | **Case No. 3:16-CV-58-JHM** |
| **Plaintiffs,** | **Judge Joseph H. McKinley, Jr.** |
| **vs.** | **Magistrate Judge Dave Whalin** |
| **HUMANA INC.** | |
| **Defendant.** | |

**<u>AGREED ORDER FOR EXTENSION OF TIME</u>**

Upon agreement of Plaintiffs and Defendant Humana Inc. ("Humana"), and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1(b), it is hereby ORDERED that Humana shall be granted an extension of time, up to and including July 15, 2016, to answer, respond, or otherwise plead in response to Plaintiffs' Amended Complaint.

DATE: _____                    _____
                                                                         Hon Dave Whalin, Magistrate Judge
                                                                         United States District Court Judge

READ AND AGREED:


*/s/ Pierre H. Bergeron*
Pierre H. Bergeron
SQUIRE PATTON BOGGS (US) LLP
221 East Fourth Street, Suite 2900
Cincinnati, Ohio  45202
Telephone:  (513) 361-1200
Facsimile:   (513) 361-1201
Email:  pierre.bergeron@squirepb.com

*Counsel for Humana Inc.*


*/s/ Stanton L. Cave (w/ consent)*
Stanton L. Cave
Law Offices of Stan Cave
P.O. Box 910457
Lexington, KY  40591-0457
Telephone:  (859) 309-3000
Facsimile:   (859) 309-3001
Email:  stan.cave@stancavelaw.com

*Counsel for Plaintiffs*

*Of Counsel:*
Anthony P. La Rocco (*pro hac vice* pending)
George P. Barbatsuly (*pro hac vice* pending)
Robert F. Pawlowski (*pro hac vice* pending)
K&L GATES LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102
Telephone: (973) 848-4000
Facsimile: (973) 848-4001

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing was served electronically upon all parties and counsel of record via the Court's ECF system this 30th day of June, 2016.

<u>*/s/ Pierre H. Bergeron*</u>
One of Counsel for Defendant